■■■ PATRICIA RIGGS, as Parent and Natural Guardian of JILLIAN RIGGS, an Infant, Respondent, v CHILDREN'S HOSPITAL OF BUFFALO et al., Appellants, et al., Defendants. [696 NYS2d 719] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from Order of Supreme Court, Erie County, Kane, J.—Discovery.) Present—Lawton, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ.